IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELLACONIC IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-540 (CFC) |
| | ) |
| AVAST SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION TO DISMISS
### FOR FAILURE TO STATE A CLAIM

Defendant Avast Software, Inc. ("Avast") hereby moves to dismiss the Complaint filed by Plaintiff Mellaconic IP, LLC pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this Motion are set forth in Avast's Opening Brief submitted herewith.

POLSINELLI PC

/s/ *Stephen J. Kraftschik*
Stephen J. Kraftschik (#5623)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0924
skraftschik@polsinelli.com

*Attorneys for Defendant*

OF COUNSEL:

William B. Kircher
AVEK IP, LLC
8900 State Line Road, Suite 500
Leawood, KS  66206
(913) 549-4700
bkircher@avekip.com

May 18, 2022

83487420.2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELLACONIC IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-540 (CFC) |
| | ) |
| AVAST SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS**

Having considered Defendant Avast Software, Inc.'s Motion to Dismiss (the "Motion") and good cause appearing therefor, the Motion is hereby GRANTED.

SO ORDERED this \_\_\_\_\_ day of May, 2022.

_____
Chief, United States District Judge

83487420.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 18, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Jimmy Chong<br>CHONG LAW FIRM PA<br>2961 Centerville Road, Suite 350<br>Wilmington, DE  19808<br>chong@chonglawfirm.com<br>*Attorneys for Plaintiff* | *BY ELECTRONIC MAIL* |
| Andrew S. Curfman<br>SAND, SEBOLT & WERNOW CO., LPA<br>Aegis Tower, Suite 1100<br>4940 Munson Street NW<br>Canton, OH  44718<br>andrew.curfman@sswip.com<br>*Attorneys for Plaintiff* | *BY ELECTRONIC MAIL* |

/s/ *Stephen J. Kraftschik*

Stephen J. Kraftschik (#5623)

83487420.2